THE STATE ex rel. WRIGHT & DALTON HARD-WARE COMPANY v. BAKER et al., Appellants.

Division Two, December 2, 1902.

Appeal from Butler Circuit Court.—*Hon. J. L. Fort,* Judge.

REVERSED AND REMANDED (*with directions*).

*Phillips & Phillips* for appellants.

*E. R. Lentz* for respondents.

BURGESS, J.—This is a companion case to the case of The State of Missouri at the relation of James L. Dalton and E. W. Wright v. H. S. Baker et al., decided at page 383 of this volume, and, for the same reasons assigned in that case, the judgment is reversed and cause remanded with directions to the court below to enter up judgment quashing the writ of certiorari.

All of this Division concur.